## LEROY K. HARRIS *v.* COMMISSIONER OF CORRECTION
### (AC 24657)

Dranginis, Flynn and McLachlan, Js.

Submitted on briefs October 27—officially released November 16, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the dismissal of the habeas petition.

The appeal is dismissed.

## IN RE MEGAN B. ET AL.*
### (AC 25431)

Lavery, C. J., and Flynn and Mihalakos, Js.

Argued November 17—officially released December 21, 2004

Per Curiam. The judgment is affirmed.

## KEVIN STROBEL *v.* ROSE LI-HWA STROBEL
### (AC 25520)

Lavery, C. J., and Dranginis and McLachlan, Js.

Argued November 30—officially released December 21, 2004

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.